THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TESSA BRADLEY and TYRELL
BRADLEY, a married couple,

              Plaintiffs,

    v.

SAFECO INSURANCE COMPANY OF
AMERICA, an insurance company doing
business in Washington,

              Defendant.

No.: 3:23-cv-5458-RSL

STIPULATED MOTION AND
ORDER TO STAY CASE DEADLINES
PENDING APPRAISAL

## I.  STIPULATION

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiffs Tessa

Bradley and Tyrell Bradley ("Plaintiffs") and Defendant Safeco Insurance Company of

America ("Safeco") stipulate and move the Court for entry of an order staying all deadlines

in this proceeding pending completion of appraisal.

This is an insurance coverage action related to a water loss that occurred at Plaintiffs'

home on or around December 1, 2022.  Plaintiffs submitted a claim for coverage under a

homeowners policy issued by Safeco (the "Policy").  Safeco and Plaintiffs (together, the

"Parties") disagreed over the amount owed for repairs.  Plaintiffs filed this action in

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Washington State Court on April 5, 2023 alleging contractual and extra-contractual claims against Safeco.  The matter was removed to federal court on May 19, 2023.  On July 3, 2023, the Court issued Amended Order Setting Trial Date and Related Dates ("Amended Order") (Dkt. 11).  Among other things, the Amended Order sets deadlines for amendment of pleadings and disclosure of experts by March 13, 2024 and completion of discovery by May 12, 2024.

On February 6, 2024, Plaintiffs invoked appraisal pursuant to Washington State law and the Policy.  Under the appraisal provision, Plaintiffs and Safeco each select an appraiser within 20 days of the appraisal demand.  The appraisers then work to resolve issues and come to an agreement regarding the actual cash value and replacement cost of the loss.  If the appraisers are unable to come to an agreement, the issue is submitted to an umpire.  Agreement by two of any of the three (appraisers and/or umpire) determines the amount of the loss.

Plaintiffs and Safeco have selected their respective appraisers, and the appraisers are currently working towards coming to an agreement on the valuation of the loss.

The Parties stipulate that the foregoing provides "good cause" under FRCP 16(b)(4) to stay the dates set forth in the Amended Order pending completion of the appraisal process.  As this Court has held in the past, "[a]ppraisal provides a sensible and efficient method for resolving valuation disputes." *Dentists Ins. Co. v. Yousefian*, No. C20-1076RSL, 2020 WL 8642137 at *1 (W.D. Wash. Nov. 16, 2020).  Under the terms of the Policy, determining the amount of loss via appraisal will resolve Plaintiff's contractual claims.  Appraisal will also streamline the Parties' discovery efforts related to Plaintiff's extra-contractual claims.  For these reasons, the parties respectfully request the Court stay the deadlines in the Amended Order until the appraisal process is complete so that discovery related to the remaining issues in this matter can be conducted efficiently.

STIPULATED MOTION AND ORDER TO STAY CASE DEADLINES     PAGE 2
PENDING APPRAISAL
NO.: 3:23-CV-5458

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

STIPULATED:  March 12, 2024

BULLIVANT HOUSER BAILEY PC


By  */s/ Jared F. Kiess*
    Jared F. Kiess, WSBA #54532
    E-mail:  jared.kiess@bullivant.com
    Tarin A. Schalow, WSBA # 60047
    E-mail:  tarin.schalow@bullivant.com

Attorneys for Defendant Safeco Insurance
Company of America


SCUDERI LAW OFFICES PS


By  */s/ Joseph Scuderi*
    Joseph Scuderi, WSBA #26623
    E-mail:  joescuderi@ScuderiLaw.com

Attorney for Plaintiffs Tessa Bradley and
Tyrell Bradley

STIPULATED MOTION AND ORDER TO STAY CASE DEADLINES    PAGE 3
PENDING APPRAISAL
NO.: 3:23-CV-5458

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1
## ORDER

2     The parties Stipulated Motion to Stay Case Deadlines Pending appraisal is hereby

3  GRANTED.

4     This matter is hereby STAYED until the appraisal process is completed.  During the

5  pendency of the stay, the parties may, after meeting and conferring in an effort to resolve the

6  dispute, file any necessary motions regarding the selection of an umpire or the issuance of

7  third-party subpoenas.  The parties shall, within fourteen days of the final valuation

8  determination, file a joint status report with the Court indicating whether a new trial date is

9  needed and, if so, new proposed dates for all deadlines that had not expired as of March 13,

10  2024.

11     IT IS SO ORDERED.

12

13     DATED this 13th day of March, 2024.

14

15                                     THE HONORABLE ROBERT S. LASNIK

16

17  Presented by:

18  BULLIVANT HOUSER BAILEY PC

19

20  By /s/ Jared F. Kiess
       Jared F. Kiess, WSBA #54532
       E-mail:  jared.kiess@bullivant.com
21     Tarin A. Schalow, WSBA # 60047
       E-mail:  tarin.schalow@bullivant.com
22

23  Attorneys for Defendant Safeco Insurance Company
    of America

24

25

26

STIPULATED MOTION AND ORDER TO STAY CASE DEADLINES        PAGE 4        **Bullivant|Houser|Bailey PC**
PENDING APPRAISAL                                                       925 Fourth Avenue, Suite 3800
NO.: 3:23-CV-5458                                                       Seattle, Washington 98104
                                                                       Telephone: 206.292.8930

1 | SCUDERI LAW OFFICES PS

2

3 | By/s/ Joseph Scuderi
     Joseph Scuderi, WSBA #26623
4    E-mail: joescuderi@ScuderiLaw.com

5 | Attorney for Plaintiffs Tessa Bradley and
    Tyrell Bradley

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PENDING APPRAISAL
NO.: 3:23-CV-5458                                                                            925 Fourth Avenue, Suite 3800
                                                                                             Seattle, Washington 98104
                                                                                             Telephone: 206.292.8930